

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00696-CV

**THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON** and
Morgan M. Pomeranz, M.D.,
Appellants

v.

Soine **FISHER**, Individually on Behalf of All Wrongful Death Beneficiaries of Buster Fisher,
Deceased, and on Behalf of Buster Fisher, Deceased,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-23131
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we REVERSE the trial court's order denying appellant The University of Texas Health Science Center at Houston's motion to dismiss and RENDER judgment dismissing the suit against appellant Morgan M. Pomeranz for lack of jurisdiction.

We ORDER appellants shall recover, and appellee Soine Fisher shall pay, the costs incurred in this court.

SIGNED December 13, 2023.


Luz Elena D. Chapa, Justice